UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANICE BOWEN, et al., | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) No. 4:09CV1309 JCH |
| | ) |
| ROBERT G. O'BLENNIS, | ) |
| | ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioners' petition is **DISMISSED** without prejudice.

Dated this 19th Day of August, 2009.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE